**Dismissed and Memorandum Opinion filed March 13, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00983-CV

---

### APPROXIMATELY $59,528.00, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2012-18897**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed October 16, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On February 4, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.